Submitted on briefs January 14, decided February 3, 1914.

## STELLMAN *v.* BUSHEY.

(138 Pac. 256.)

From Marion: WILLIAM GALLOWAY, Judge.

This is a suit by John Stellman against W. M. Bushey, as county judge of Marion County, Oregon; J. T. Beckwith and W. H. Goulet, as county commissioners of said county. From a decree in favor of plaintiff, defendants appeal.          REVERSED.

Submitted on briefs without argument, under the proviso of Rule 18 of the Supreme Court: 56 Or. 622 (117 Pac. xi).

For appellants there was a brief over the names of *Mr. Ernest R. Ringo,* District Attorney, *Mr. Isaac H. Van Winkle* and *Mr. Wm. H. Trindle.*

For respondent there was a brief over the names of *Messrs. Carson & Brown* and *Messrs. McNary, Smith & Shields.*

In Banc. MR. JUSTICE EAKIN delivered the opinion of the court.

This is a suit to enjoin the County Court of Marion County from declaring the result of a local option election in the City of Salem. The questions involved are similar to those presented in *Wiley* v. *Reasoner,*

*ante,* p. 103 (138 Pac. 250), just decided. Every question raised by this appeal is disposed of by the opinion in the latter case, and reference is made to that opinion as controlling in this case.

The decree is reversed.          REVERSED.

MR. JUSTICE BURNETT dissents.